**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAXINE EPSTEIN,

      Plaintiff,

  v.

GREEN POINT MORTGAGE, et al.,

      Defendants.

_____/

No. C 09-04431 JSW

**ORDER SETTING BRIEFING
SCHEDULE RE GREENPOINT
MOTION TO DISMISS**

On September 29, 2009, Defendant Green Point Mortgage filed a Motion to Dismiss, which is noticed for hearing on December 4, 2009. It is HEREBY ORDERED that Plaintiff's opposition to the motion shall be due on October 16, 2009, and Defendant's Reply brief shall be due on October 23, 2009. If either party wishes to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

     **IT IS SO ORDERED.**

Dated: September 29, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE