IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAXINE EPSTEIN,

    Plaintiff,

v.

GREEN POINT MORTGAGE, et al.,

    Defendants.

No. C 09-04431 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On September 29, 2009, this Court issued two Orders setting briefing schedules on Motions to Dismiss filed by Defendant Green Point Mortgage and Defendant GMAC Mortgage, LLC. Pursuant to those Orders Plaintiff's opposition briefs to the motions were due on October 16, 2009. Plaintiff has not filed an opposition to either motion in accordance with the Court's briefing schedule. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff's response shall be due by no later than October 30, 2009. Failure to respond to this Order shall result in dismissal of this action without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: October 22, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE