IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAXINE EPSTEIN,

    Plaintiff,

v.

GREEN POINT MORTGAGE, et al.,

    Defendants.

No. C 09-04431 JSW

**FURTHER ORDER TO SHOW CAUSE**

On September 29, 2009, this Court issued two Orders setting briefing schedules on Motions to Dismiss filed by Defendant Green Point Mortgage and Defendant GMAC Mortgage, LLC. Pursuant to those Orders Plaintiff's opposition briefs to the motions were due on October 16, 2009. Plaintiff did not file an opposition to either motion in accordance with the Court's briefing schedule.

On October 22, 2009, the Court issued an Order requiring Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute. Plaintiff's response was due by no later than October 30, 2009, and the Court advised Plaintiff that failure to respond to the Order would result in dismissal of this action without prejudice and without further notice to Plaintiff.

On October 29, 2009, Plaintiff filed an Amended Complaint, but did not file a response to the Order to Show Cause. Although the filing of the Amended Complaint demonstrates Plaintiff's intent to prosecute this action, Plaintiff still has not explained her failure to comply with this Court's briefing schedule on the motions to dismiss.

Accordingly, by no later than November 6, 2009, Plaintiff shall file a response to the October 22, 2009 Order to Show Cause and to show cause why sanctions should not be imposed for her failure to comply with the deadlines set by this Court to respond to the motions to dismiss and to respond to the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: November 2, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE