IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAXINE EPSTEIN,

    Plaintiff,

v.

GMAC Mortgage LLC,

    Defendant.

                               /

No. C 09-04431 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE ON GMAC'S MOTION TO DISMISS**

On November 2, 2009, this Court issued an Order to Show Cause why sanctions should not be imposed with respect to Plaintiff's failure to file opposition briefs in accordance with briefing schedules set by this Court and for failure to respond to an Order to Show Cause dated October 22, 2009. The Court has received and considered Plaintiff's response and shall DISCHARGE the Order to Show Cause without further action. However, Plaintiff is admonished that failure to comply with deadlines in the future may result in sanctions being imposed.

On November 9, 2009, Defendant GMAC Mortgage, LLC filed a Motion to Dismiss Plaintiff's Amended Complaint, which is noticed for hearing on January 15, 2010. It is HEREBY ORDERED, that Plaintiff's opposition to the motion shall be due on December 4, 2009. GMAC's Reply brief shall be due on December 11, 2009.

If either party wishes to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter

suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: November 12, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE