IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAXINE EPSTEIN,

    Plaintiff,

v.

GMAC Mortgage LLC,

    Defendant.
_____/

No. C 09-04431 JSW

**ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED AND VACATING HEARING DATE ON MOTION TO DISMISS**

On September 29, 2009, this Court issued two Orders setting briefing schedules on Motions to Dismiss filed by Defendant Green Point Mortgage and Defendant GMAC Mortgage, LLC. Pursuant to those Orders Plaintiff's opposition briefs to the motions were due on October 16, 2009. Plaintiff did not file an opposition to either motion in accordance with the Court's briefing schedule.

On October 22, 2009, the Court issued an Order requiring Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute. Plaintiff's response was due by no later than October 30, 2009, and the Court advised Plaintiff that failure to respond to the Order would result in dismissal of this action without prejudice and without further notice to Plaintiff.

On October 29, 2009, Plaintiff filed an Amended Complaint, but did not file a response to the Order to Show Cause. Accordingly, on November 2, 2009, the Court issued a Further Order to Show Cause, because although the filing of the Amended Complaint demonstrated Plaintiff's intent to prosecute this action, Plaintiff did not explain her failure to comply with this

Court's briefing schedule on the motions to dismiss.

On November 6, 2009, Plaintiff filed her response, and stated that the failure to comply with the Court's briefing schedule was attributable to personnel changes in her counsel's office, and that counsel had not received notice of the briefing schedule.

On November 12, 2009, after reviewing the response, the Court discharged the Order to Show cause without taking further action. However, the Court admonished Plaintiff that failure to comply with deadlines in the future may result in sanctions being imposed.

In that same Order, the Court set a briefing schedule on Defendant GMAC Mortgage, LLC's Motion to Dismiss Plaintiff's Amended Complaint, which Defendant had noticed for hearing on January 15, 2010. The Court ordered that Plaintiff's opposition to the motion shall be due on December 4, 2009. Notwithstanding the Court's admonitions, Plaintiff again failed to comply with the briefing schedule set by this Court.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why sanctions should not be imposed for failure to comply with the Court's deadline. Plaintiff is FURTHER ORDERED TO SHOW CAUSE why Defendant's motion should not be granted as unopposed. Plaintiff's response to this Order to Show Cause shall be due by no later than December 18, 2009. The hearing set for January 15, 2010 is VACATED pending further order of the Court.

It is FURTHER ORDERED that if Plaintiff fails to submit a timely response to this Order to Show Cause, the Court shall dismiss this matter without further notice to Plaintiff for failure to prosecute this action.

**IT IS SO ORDERED.**

Dated: December 14, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE