IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAXINE EPSTEIN,

    Plaintiff,

v.

GREEN POINT MORTGAGE, et al.,

    Defendants.
_____/

No. C 09-04431 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

Currently pending before the Court is Defendant GMAC Mortgage's Motion to Dismiss Plaintiff's First Amended Complaint ("FAC"). In its motion, GMAC asserts that "[t]he true change Plaintiff made to her FAC was to drop the federal claim so as to have the case remanded." Defendant Green Point Mortgage originally removed this case from the Superior Court of the State of California for the County of Marin on the basis that this Court had subject matter jurisdiction pursuant to 28 U.S.C. § 1331. However, Plaintiff asserts only state law claims in her FAC, and it is not apparent from the face of the FAC that this Court has subject matter jurisdiction over those claims. Indeed, Plaintiff suggests in her FAC that the matter should be remanded to state court. (FAC ¶ 14.)[1] Although Plaintiff has not moved to remand, federal courts have a duty to raise and decide issues of subject matter jurisdiction *sua sponte* at any time it appears subject matter jurisdiction may be lacking. Fed. R. Civ. P. 12; *Augustine v. United States*, 704 F.2d 1074, 1077 (9th Cir. 1983).

---

[1] It appears that there may be an error in paragraph 14, because it suggests that this case was originally filed in Orange County Superior Court. Moreover, the Notice of Removal filed by Greenpoint does not refer to diversity jurisdiction as a basis for subject matter jurisdiction.

Accordingly, it is HEREBY ORDERED that the parties shall submit briefs addressing whether this Court has subject matter jurisdiction over the claims. The parties' opening response to this Order to Show Cause each shall be due on January 15, 2010, and shall be limited to seven (7) pages. The parties each may respond to the other's response by no later than January 22, 2010. No replies shall be permitted unless ordered by the Court.

**IT IS SO ORDERED.**

Dated: January 7, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE