PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE EPSTEIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREEN POINT MORTGAGE, INC., a business entity authorized to do business in California; CHARTER FUNDING, INC., a California Corporation; GMAC MORTGAGE CORPORATION, a corporation authorized to do business in California; and DOES 1 to 20, inclusive,<br><br>　　　　Defendants. | Case No. 09-CV-4431 JSW<br><br>Honorable Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO EXCUSE APPEARANCE OF LEAD COUNSEL AT THE CASE MANAGEMENT CONFERENCE<br><br>[filed: June 18, 2009; removed September 22, 2009] |

///

///

///

///

///

///

///

-1-
[~~PROPOSED~~] ORDER GRANTING REQUEST TO EXCUSE PERSONAL ATTENDANCE OF
LEAD COUNSEL AT CASE MANAGEMENT CONFERENCE                          09-CV-4431 JSW

1  GOOD CAUSE APPEARING, the Court orders that Mr. Haist, co-counsel on
2  the above-entitled case, can personally attend the March 12, 2010 case management
3  conference in lieu of lead trial counsel, Mr. Palmer.
4  IT IS SO ORDERED.

6  DATED: March 1, 2010          _____
7                                 HONORABLE JEFFREY S. WHITE
8                                 UNITED STATES DISTRICT COURT JUDGE

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017