Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave. Ste. 500
Irvine, California 92612
Tel: (949) 486-1888
Fax: (949) 486-1889

Attorneys for Plaintiff, MAXINE EPSTEIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

| | |
|---|---|
| MAXINE EPSTEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE LLC, a limited liability corporation authorized to do business in California; and Does 1 to 20, inclusive<br><br>    Defendant(s). | Case No.: C0904431 JSW<br><br>**Hon. Jeffrey S. White**<br><br>**STIPULATION BY THE PARTIES TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>Date: 03/12/2010<br>Time: 1:30 pm<br>Dept: 11 |

- 1 -

TO THE HONORABLE COURT AND ALL PARTIES BEARING INTEREST:

## FACTS RELEVANT TO THIS STIPULATION

1. The instant action arises out of a Residential Mortgage Loan Transaction bearing loan number 030771236 executed on or around 06/26/2006. The Note was executed in reference to the single-family residential property purchased by Plaintiff located at 639 Bamboo Terrace, San Rafael, California 94903 (*herein after* "Real Property").

2. Plaintiff has presently filed her Second Amended Complaint and Defendant's response to is due on or before 03/12/2010.

3. Defendant intends to file its responsive pleading—a motion to dismiss—by the due date.

3. Plaintiff and Defendant have entered into settlement negotiations since the filing of the above-entitled matter.

4. In or about October of 2009, Defendant submitted an offer to Plaintiff to modify the existing Note executed in reference to the Real Property. Plaintiff subsequently, on many different dates, requested different, numerous details about the offer and Defendant attempted to provide responses.

5. On January 26, 2010, Plaintiff accepted Defendant's offer to modify.

6. Presently both parties are in the process of finalizing the specifics of the settlement terms and anticipate that settlement will be fully executed by the parties within a few weeks.

7. Following the complete execution of the settlement agreement, Plaintiff will dismiss the above-entitled matter "with prejudice".

8. The Parties believe that continuing the Case Management Conference would be in the interests of judicial economy since they may be able to resolve the

STIPULATION BY THE PARTIES TO CONTINUE THE SCHEDULING CONFERENCE

case without further judicial intervention. Further, Defendant believes that its anticipated motion to dismiss will resolve the case without the need for a trial.

## STIPULATION

Plaintiff, MAXINE EPSTEIN and Defendant, GMAC MORTGAGE LLC by and through their attorneys undersigned, pursuant to the Court's approval, stipulate and agree that the Scheduling Conference currently set for 03/12/2010 at 1:30 pm in the above-entitled matter should be continued for a period of not less than ~~thirty~~ (90) days.

DATED: ~~February~~ March 5, 2010          **AZIMY & NATHAN, LLP**

By: _____
Reuben D. Nathan, Esq.
Attorney for Plaintiff,
Maxine Epstein

DATED: ~~February~~ March 4, 2010          **PALMER, LOMBARDI & DONOHUE LLP**

By: _____
E. Scott Palmer, Esq.
Frederick A. Haist, Esq.
Attorneys for Defendant,
GMAC Mortgage, LLC

///

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Pursuant to the stipulation of the parties, the Scheduling Conference, currently set for 03/12/2010 at 1:30 pm in the above Court, shall be continued to June 18, 2010 at 1:30 p.m. The parties joint case management conference statement shall be due on or before June 11, 2010.

Date: March 8, 2010

*Jeffrey S White*

Hon. Jeffrey S. White
United States District Court Judge

- 4 -

STIPULATION BY THE PARTIES TO CONTINUE THE SCHEDULING CONFERENCE