UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE EPSTEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>GREEN POINT MORTGAGE, INC., a business entity authorized to do a business in California; CHARTER FUNDING, INC., a California Corporation; GMAC MORTGAGE CORPORATION, a corporation authorized to do business in California; and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 09-CV-4431 JSW<br><br>[Honorable Jeffrey S. White]<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AS AGAINST GMAC MORTGAGE, LLC**<br>**[FRCP 41(a)]**<br><br>Complaint Filed: June 18, 2009;<br>Removed: September 22, 2009 |

Plaintiff Maxine Epstein and Defendant GMAC Mortgage, LLC (erroneously sued as GMAC Mortgage Corporation) ("GMAC") stipulated, pursuant to FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a), that all claims and demands asserted by Plaintiff Maxine Epstein in this action shall be dismissed with prejudice, each party to bear his or its own costs and attorneys fees.

It appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiff Maxine Epstein in this action against GMAC shall be and hereby are dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED: March 29, 2010

*Jeffrey S. White*

Honorable Jeffrey S. White
Judge of the U.S. District Court